JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SPARTAK TERARSENYAN,<br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive<br>Defendants. | Case No. 2:18-cv-8905-AB-FFMx<br><br>**ORDER DISMISSING CIVIL ACTION** |
|---|---|

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 28, 2019  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.